4:22CV313-MW/MAF
AUG 2 3 2022
Dade C.I.

FILED USDC FLND TL
AUG 29 '22 AM 12:44

Dear Honorable Court                            August 22, 2022

I am in imminent danger of death or great bodily harm and ask that this court intervene to protect my rights and life. Officers Sgt. J. Chun and Sgt. Huggins continue to threaten me with physical violence and harass me, write false reports against me in retaliation for exercising my right to petition the government for redress of grievances. Both staff have also employed other inmates to kill me or harm me. To include recently on May of 2022, inmate Mark Smith was permitted to leave his dorm unsupervised and hide in the Rec Yard bathroom and attack me. I sustained physical injuries, said inm. admitted that both staff members employed him to do so. Just recently I was locked up, written several bogus and false reports by said staff, threatened with death if I did not sign off the P.M. unit; these staff members are employed at Wakulla C.I. Annex where I am permanently housed. On July 29, as a result of said staff members unrelenting campaign of harassment and threats against my life I cut my wrist in a suicide attempt and was transferred to Dade C.I. for mental health treatment, but will be transferred back to Wakulla C.I. Annex under the supervision of the same perpetrators. F.D.O.C. has deliberately failed to protect me against staff brutality and have turned a blind eye to said threats said staff pose to my safety. I have witness statements and documentary evidence to support my claims. I have exhausted all available administrative remedies to no avail.

Raphael Rowe

Prophet Payten Bey #J41434
Dade C.I.
19000 S.W. 377th Street
Florida City, FL 33034-6409

MIAMI FL 330
MAILED FROM A
23 AUG 2022 PM 1 L
STATE CORRECTIONAL
INSTITUTION
FLORIDA CITY

Hasler
08/23/2022
US POSTAGE $000.57⁰

FIRST-CLASS MAIL

ZIP 33034
011E11681778

Legal Mail
Received
AUG 23 2022
Dade C.I. P. R

Legal Mail

United States District Court
Northern District of Florida
Office of the Clerk
AUG 26 2022  111 North Adams Street, Suite 322
Tallahassee, FL 32301

32301-773097