IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PROPHET PAULCIN,**

*Plaintiff*,

v.                                                    Case No.: 4:22cv313-MW/MAF

**SGT. J. CHUNN, et al.,**

*Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 30. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 30, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on May 16, 2023.**

s/Mark E. Walker            ____
**Chief United States District Judge**

2