IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROPHET PAULCIN,

    *Plaintiff*,

v.                                  Case No.: 4:22cv313-MW/MAF

SGJ. J. CHUNN, et al.,

    *Defendants*.

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 30, and Plaintiff's objections, ECF No. 33. The Magistrate Judge recommends dismissal for failure to prosecute and failure to comply with a Court Order, noting that it appears Plaintiff has abandoned this litigation. Plaintiff objects, noting he needs an extension of time to file a third amended complaint pursuant to the Magistrate Judge's prior Orders. Plaintiff also notes that he has been transferred to a different facility than the one the Magistrate Judge's report and recommendation was mailed to, and that he had previously requested an extension but the filing does not appear to have made it to this Court in the mail. Thus, it does not appear that Plaintiff has abandoned this litigation.

Accordingly, this Court **rejects** the report and recommendation, ECF No. 30. Plaintiff requests an additional 30 days to file a third amended complaint. ECF No.

33 at 3. The request is **GRANTED**. Plaintiff must file a third amended complaint **on or before Monday, June 26, 2023**. This case is remanded to the Magistrate Judge for further proceedings.

    **SO ORDERED on May 26, 2023.**

                             <u>s/Mark E. Walker</u>
                             **Chief United States District Judge**