IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PROPHET PAULCIN,**

    *Plaintiff*,
v.                                      Case No.: 4:22cv313-MW/MAF

**SGT. J. CHUNN and
SGT. V. HUGGINS,**

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 78. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 78, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss Plaintiff's fourth amended complaint, ECF No. 75, is **GRANTED in part and DENIED in part**. All claims which are based on events that occurred after August 23, 2022 are **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e). Plaintiff's Fourteenth Amendment claims is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff's

requests for injunctive relief are **DISMISSED**. Plaintiff's claims against Defendants in their official capacities are also **DISMISSED**. The motion to dismiss is otherwise **DENIED** as to the request to dismiss Plaintiff's claim for punitive damages and Plaintiff's remaining First and Eighth Amendment claims. This matter is **REMANDED** to the Magistrate Judge for further proceedings as to Plaintiff's remaining First and Eighth Amendment claims. Defendants shall file an answer to the fourth amended complaint **on or before March 7, 2025**.

        SO ORDERED on February 21, 2025.

                                  s/Mark E. Walker                
                                  **Chief United States District Judge**